UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARLOS PLACID AUGUSTINE, | CASE NO. CV 18-5449 AB (FFM) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| (WARDEN) KEETON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 8, 2018

ANDRÉ BIROTTE JR.
United States District Judge